# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ACCESS FOR THE DISABLED, INC., et al.,**

    **Plaintiffs,**

**v.**                          **Case No.  8:04-cv-598-T-30MSS**

**R.E. MARTIN ENTERPRISES II, INC.,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon the Plaintiffs' Motion for Approval of Settlement Agreement and Addendum (Dkt. # 33).  The Court, having considered the Motion and having reviewed the records of Plaintiffs' counsel and expert, finds that the motion should be granted in part and denied in part.

It is therefore ORDERED AND ADJUDGED that:

    1.    Plaintiffs' Motion for Approval of Settlement Agreement and Addendum (Dkt. # 33) is GRANTED IN PART AND DENIED IN PART.

    2.    This Court has reviewed the time records for Plaintiffs' counsel and expert and hereby APPROVES Plaintiffs' request for attorney's fees, expert fees and costs in the following amounts:

### ATTORNEY'S FEES

Whitelock & Associates, P.A. - $700.00 (2.8 hours at $250.00 per hour)

Todd W. Shulby, P.A. - $3,925.00 (15.7  hours at $250.00 per hour)

<u>EXPERT'S FEES</u>

Accessibility Disability Consultants - $1,387.50 (9.25 hours at $150.00 per hour)

<u>COSTS FOR TODD W. SHULBY, P.A.</u>

Filing Fee                                     $150.00

Process Server                                 <u>$ 35.00</u>

                              Total            $185.00

3.      Mr. Shulby is again cautioned that vague billing entries such as "review correspondence from client" and "draft correspondence to opposing counsel" are insufficient and that more specific detail regarding the subject of correspondence and telephone conferences will be required in the future.

4.      This action is hereby dismissed with prejudice.

5.      The Clerk is directed to close the file and terminate all motions.

**DONE** and **ORDERED** in Tampa, Florida on November 30, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Even\2004\04-cv-598.ada atty fees.wpd